# United States District Court

Northern District of Texas

Karen Mitchell
Clerk of Court

Dallas Division

11/10/2016

40th Judicial District of Ellis County, TX,
109 S. Jackson
Waxahachie, TX 75165

RE: Remand of state claims  3:16-cv-01092-N (Your case #93436)

Style: Ahmad v. Covington Specialty Insurance Company et al

Dear Clerk:

Enclosed is a certified copy of an Order and/or Judgment remanding the above captioned case back to the    40th Judicial District of Ellis County, TX,    , 93436 along with a copy of the docket sheet.

If you have any questions regarding this matter, I may be reached at 214-753-2200 .

Sincerely,
Karen Mitchell, Clerk

By: s/E.Monk
Deputy Clerk

Enclosure   ORDER REMANDING CASE
            DOCKET SHEET

cc: